1  ROGER S. SHAFER, ESQ.
   2755 East Florence Av8nue
2  Huntington Park, California 90255

3  Bar #48654

4  (323) 587-6278

5  Attorney for Defendant
   ABEL HERIBERTO FABIAN-BALTAZAR

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          CASE NO. 1:13-CR-00032 AWI

12                Plaintiff,          STIPULATION    and
                                      ORDER      CONTINUING
13 v.                                 STATUS CONFERENCE TO A
                                      CHANGE OF PLEA HEARING

14 ABEL HERIBERTO FABIAN-BALTAZAR,

15                Defendant.

16  ───────────────────────────────

17     IT IS HEREBY STIPULATED by and between the parties that

18 the Status Conference set on August 12, 2013 at 1:00 P.M. before

19 Judge McAuliffe in the above-entitled matter be continued to

20 September 23, 2013 at 10:00 A.M. for Change of Plea Hearing

21 before Judge Ishii.

22     For purposes of computing the date under the Speedy Trial

23 Act by which defendant's trial must commence, the parties agree

24 that the time period of August 12, 2013 to September 23, 2013,

25 inclusive, should be excluded pursuant to 18 U.S.C.   3161(h)

26 (7)(A), (h)(7)(B)(i), (h)(7)(B)(ii) and (h)(7)(B)(iv).

27     Pursuant to 18 USC 3161, the ends of justice are served

28 by granting an exclusion of time, outweighing the best interests

                          -1-

of the public and the defendant in a speedy trial.


DATED:  August 8, 2013


MELANIE ALSWORTH
Assistant United States
Attorney

ROGER S. SHAFER
Attorney for Defendant
ABEL HERIBERTO FABIAN-BALTAZAR

-2-

ROGER S. SHAFER, ESQ.
2755 East Florence Avenue
Huntington Park, California 90255

Bar #48654

(323) 587-6278

Attorney for Defendant
ABEL HERIBERTO FABIAN-BALTAZAR

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00032 AWI |
| Plaintiff, | ORDER CONTINUING STATUS CONFERENCE TO A CHANGE OF PLEA HEARING |
| v. | |
| ABEL HERIBERTO FABIAF-BALTAZAR, | |
| Defendant. | |

GOOD CAUSE APP£:ARING, IT IS HEREBY ORDERED that the Status Conference set on August 12, 2013 at 1:00 P.M. before Judge McAuliffe in the above-entitled matter shall be continued to September 23, 2013 at 10:00 A.M. for Change of Plea Hearing before Judge Ishii.

Pursuant to 18 USC 3161, the ends of justice are served by granting an exclusion of time, outweighing the best interests of the public and the defendant in a speedy trial.

DATED:  8/9/2013                          /s/ Barbara A. McAuliffe

U.S. MAGISTRATE JUDGE