HEATHER E. WILLIAMS, #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
ABEL HERIBERTO FABIAN-BALTAZAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:13-cr-00032 AWI-BAM |
| Plaintiff, | |
| vs. | **REQUEST FOR RELEASE OF PRESENTENCE REPORT; DECLARATION; ORDER** |
| ABEL HERIBERTO FABIAN-BALTAZAR, | DATE:   April 6, 2015<br>TIME:    10:00 a.m.<br>JUDGE: Honorable Anthony W. Ishii |
| Defendant. | |

Pursuant to Local Rule 460(b) Assistant Federal Defender Victor M. Chavez hereby requests that the Court order release of the Presentence Report prepared in the case of U.S. v. Abel Heriberto Fabian Baltazar, No. 1:13-cr-00032 AWI-BAM.  Mr. Fabian-Baltazar is a sentenced prisoner currently held at Taft Correctional Institution, Taft, California.

Mr. Fabian-Baltazar has a case pending in this Court, No. 1:14-cv-00984-AWI.  He has requested the assistance of counsel in obtaining his Presentence Report.  The particulars of this request and the reasons the Presentence Report is sought are set forth below in the Declaration of Victor M. Chavez.

///

///

///

///

|   |   |
|---|---|
|   | HEATHER E. WILLIAMS<br>Federal Defender |

DATED: March 5, 2015

*/s/ Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
Abel Heriberto Fabian-Baltazar

**O R D E R**

IT IS SO ORDERED.

Dated: March 6, 2015

_____
SENIOR DISTRICT JUDGE

**DECLARATION OF VICTOR M. CHAVEZ**

I, Victor M. Chavez hereby declare as follows:

1. I am an attorney employed by the Federal Defender, Eastern District of California, Fresno Division.

2. In that capacity I received correspondence from Mr. Abel Heriberto Fabian-Baltazar presenting a number of questions concerning his criminal case. I reviewed the materials which came to me because I was the assigned Duty Attorney that week.

3. Thereafter, Mr. Fabian-Baltazar telephoned me to further discuss his case. Mr. Fabian-Baltazar has never seen the Presentence Report on his case and it was never reviewed with him. He wants to review the Presentence Report or at least to know its contents.

4. Mr. Fabian-Baltazar's current case is a motion under 28 U.S.C. §2255 filed on June 23, 2014. It is No. 1:14-cv-00984-AWI. In order for him to attempt to move forward with his case it is necessary to possess the Presentence Report or at least be apprised of its contents.

5. I have contacted the attorney who represented Mr. Fabian-Baltazar in his criminal case, Roger S. Shafer. He informed me that he did not have the Presentence Report in his file and that he did not know what became of it.

6. I seek disclosure of the Presentence Report in order to address Mr. Fabian-Baltazar's questions. I have no other means of obtaining the information that I need to respond to Mr. Fabian-Baltazar's questions. Similarly, Mr. Fabian-Baltazar has no other way of learning of the contents of the Presentence Report which he needs to prosecute his pending case.

I declare under penalty of perjury that the matters herein as to which I have personal knowledge are true and correct and as to other matters I believe them to be true and correct.

Executed at Fresno, California on March 6, 2015.

*Victor M. Chavez*
VICTOR M. CHAVEZ