1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT FOR THE**

8

**EASTERN DISTRICT OF CALIFORNIA**

9

10 | **THE UNITED STATES OF AMERICA,**

11 | **Plaintiff / Respondent,**

12 | **v.**

13 | **ABEL FABIAN BALTAZAR,**

14 | **Defendant / Petitioner.**

15

16

17

**CASE NO. 1:13-CR-00032-AWI-BAM**

**ORDER DENYING PETITIONER'S MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL**

**(Doc. 37)**

18      On March 31, 2015, this Court denied Petitioner's motion to vacate sentence pursuant to

19 | 28 U.S.C. § 2255 and declined to issue a certificate of appealability. Doc. 33. Petitioner has filed a

20 | notice of appeal to the Ninth Circuit Court of Appeals (Doc. 34), whereupon the Clerk of this

21 | Court issued a bill for fees due, requiring Petitioner to pay a filing fee in the amount of $505.00

22 | (Doc. 35-2). Petitioner then filed the instant motion for leave to proceed in forma pauperis. Doc.

23 | 37. For the following reason, Petitioner's motion to proceed in forma pauperis will be denied.

24      Title 28 of the United States Code, Section 1915 governs whether a party may proceed in

25 | forma pauperis. 28 U.S.C. § 1915. Section 1915(a)(3) provides that an appeal may not be taken in

26 | forma pauperis if the trial court certifies in writing that it is not taken in good faith. Multiple

27 | district courts in this circuit have denied IFP status on appeal as not taken in good faith based on

28 | that court's denial of a certificate of appealability. *E.g.*, *United State v. Robledo-Barrios*, 2015 WL

1537718, *1 (D. Ariz. Apr. 6, 2015); *United States v. Edlin,* 2013 WL 3518204, *3 (S.D. Cal. July 10, 2013); *Richardson v. United States*, 2010 WL 2102822, *3 (E.D. Cal. May 24, 2010). In this instance, the Court denied a certificate of appealability. For the same reasons articulated in Document 33, Petitioner's request for leave to proceed in forma pauperis on appeal is DENIED as not taken in good faith.

Petitioner is afforded thirty (30) days from the date of this order to remit the $505.00 filing fee. Failure to pay the required fee will result in dismissal of Petitioner's notice of appeal without further comment.

IT IS SO ORDERED.

Dated:    June 25, 2015

_____

SENIOR  DISTRICT  JUDGE