HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ABEL HERIBERTO FABIAN-BALTAZER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>ABEL HERIBERTO FABIAN-BALTAZER,<br><br>            Defendant. | No.  1:13-cr-00032-AWI-BAM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable  ANTHONY W. ISHII |

Defendant, ABEL HERIBERTO FABIAN-BALTAZER, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On December 16, 2013, this Court sentenced Mr. Fabian-Baltazar to a term of 120 months imprisonment;

3. Mr. Fabian-Baltazar's total offense level was 33, his criminal history category was I, and the resulting guideline range was 135 to 168 months. He received a reduction off the low-end of the range pursuant to a downward variance;

4. The sentencing range applicable to Mr. Fabian-Baltazar was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Fabian-Baltazar's total offense level has been reduced from 33 to 31, and his amended guideline range is 108 to 135 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Fabian-Baltazar's term of imprisonment to 108 months.

Respectfully submitted,

Dated:  November 23, 2015

BENJAMIN B. WAGNER
United States Attorney


 /s/ _Kathleen A. Servatius_____
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   November 23, 2015

HEATHER E. WILLIAMS
Federal Defender


/s/ Hannah R. Labaree
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
ABEL HERIBERTO FABIAN-BALTAZAR

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Fabian-Baltazar is entitled to the benefit Amendment 782, which reduces the applicable guideline range to 108 to 135 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in December 2013 is reduced to a term of 108 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Fabian-Baltazar shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   November 23, 2015                       _____
                                                  SENIOR DISTRICT JUDGE