AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:13-cr-00032-AWI-BAM   Document 47   Filed 01/12/16   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:13CR00032-001 |
| ABEL HERIBERTO FABIAN-BALTAZAR ) | |
| ) | USM No: 69758-097 |
| Date of Original Judgment: 12/16/2013 ) | |
| Date of Previous Amended Judgment: ) | Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  12/18/2013  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  01/12/2016                           /s/ ANTHONY W. ISHII
                                                  *Judge's signature*

Effective Date: _____                          HONORABLE ANTYHONY W. ISHII, U.S. District Court
*(if different from order date)*                  *Printed name and title*