# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL HERIBERTO FABIAN-BALTAZAR aka Abel Heriberto Fabia Baltazar,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. 1:13-CR-00032 AWI<br>(Civil Case No. 1:14-CV-00984 AWI)<br><br>ORDER GRANTING RESPONDENT'S REQUEST FOR AN EXTENSION OF TIME |

This is a petition for relief from sentence under 28 U.S.C. § 2255. On September 25, 2019, the Court ordered the United States to file a response to Petitioner's petition, once a response from Petitioner's former counsel was received. See Doc. No. 61. Petitioner's counsel filed a response, making the United States' response due on October 29, 2019. On October 29, 2019, the United States filed a request for a one week extension of time due to trial obligations. See Doc. No. 64. The United States represents that Petitioner has no objection to the extension. See id. Given the unopposed nature of the request, as well as the trial demands of the United States' attorney, the Court will grant the request for an extension.

Accordingly, IT IS HEREBY ORDERED that the United States request for a seven (7) day extension of time in which to file a response is GRANTED.

IT IS SO ORDERED.

Dated: __October 30, 2019__          _____
                                       SENIOR DISTRICT JUDGE