# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL HERIBERTO FABIAN-BALTAZAR aka Abel Heriberto Fabia Baltazar,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. 1:13-CR-0032 AWI<br>(Civil Case No. 1:14-CV-0984 AWI)<br><br>ORDER FOR THE UNITED STATES TO FILE A SUR-REPLY |

On November 18, 2019, Petitioner through counsel filed a reply to the United States' opposition to his 28 U.S.C. § 2255 petition. See Doc. No. xxx. After review, the Court finds that it would be beneficial for the United States to file a sur-reply. Issues that the United States have not necessarily had a chance to address appear to have been raised in the reply, particularly statements made by petitioner during sentencing. Although the Court will not limit the scope of the sur-reply, the sur-reply shall address the statements by Petitioner at sentencing that have been cited in the reply.

Accordingly, IT IS HEREBY ORDERED that, within fourteen (14) days of service of this order, the United States shall file a sur-reply to the Petitioner's reply.

IT IS SO ORDERED.

Dated: __November 21, 2019__       _____
                                                               SENIOR DISTRICT JUDGE