# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL HERIBERTO FABIAN-BALTAZAR aka Abel Heriberto Fabia Baltazar,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. 1:13-CR-00032-AWI<br>(Civil Case No. 1:14-CV-00984 AWI)<br><br>ORDER GRANTING REQUEST FOR AN EXTENSION OF TIME FOR THE UNITED STATES TO FILE A SUR-REPLY |

On November 21, 2019, the Court ordered the United States to file a sur-reply. See Doc. No. 68. On December 4, 2019, the United States requested a one week extension of time, to December 12, 2019, in which to file the reply. See Doc. No. 69. Petitioner opposes the extension, noting that he was sentenced in 2013 and is projected to be released in January 2021. The Court understands Petitioner's frustration. However, the seven-day extension will not materially delay resolution of Petitioner's petition. Therefore, the Court will grant the United States' request.

Accordingly, IT IS HEREBY ORDERED that, no later than 10:00 a.m. on December 12, 2019, the United States shall file a sur-reply to the Petitioner's reply.

IT IS SO ORDERED.

Dated: __December 5, 2019__        _____
                                     SENIOR DISTRICT JUDGE